KAVANAUGH, Circuit Judge,
dissenting:
Plaintiff Washtech sued to challenge a 2008 rule issued by the Department of Homeland Security. Washtech sought to have the rule vacated. Washtech succeeded: The District Court vacated the rule. The fact that Washtech raised a number of different arguments against the 2008 rule, but prevailed on only one, does not matter for attorney’s fees purposes, because that one winning argument afforded Washtech the result that it sought. As the Supreme Court has stated: “Litigants in good faith may raise alternative legal grounds for a desired outcome, and the court’s rejection of or failure to reach certain grounds is not a sufficient reason for reducing a fee. The result is what matters.” Hensley v. Eckerhart, 461 U.S. 424, 435, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). Based on that Hensley v. Eckerhart principle, I would vacate the District Court’s order and remand for recalculation of fees without penalizing Washtech for having raised alternative grounds for relief. I respectfully dissent from the majority opinion’s contrary decision.